Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEFFREY P. HOULIK | ) | Case No. 09-12159 |
| CHARLA L. HOULIK | ) | Chapter 11 |
| | ) | |
| _____Debtor-in-Possession_ | ) | |

### MOTION FOR ORDER TO SHOW CAUSE WHY VIOLATION OF STAY SHOULD NOT BE ENTERED, FOR IMMEDIATE TURNOVER OF 2005 DODGE RAM 2500 AND IMPOSING FEES, COSTS AND SANCTIONS

### ATTN: SANTANDER CONSUMER USA, INC.

COMES NOW the debtors, Jeffrey P. Houlik and Charla L. Houlik, and hereby move the

Court for an order requiring an imposition of sanctions against Santander Consumer USA, Inc. for

repossession of the debtors' 2005 Dodge Ram 2500.

In support thereof, the debtors assert:

1.    Debtors have made monthly payments to Citifinancial, Auto, the holder of the secured note

      on the vehicle at issue, since November 2009, throughout the pendency of the Chapter 11

      proceeding and subsequent to the confirmation of the Chapter 11 Plan.

2.    Debtors were not advised that the loan on the vehicle held by Citifinancial Auto before

      during and after the bankruptcy had been transferred to another entity, that being Santander

      Consumer USA, Inc., an Illinois corporation with headquarters in Fort Worth, Texas.

3.    Debtors were not sent notice of default or a deficiency notice by either Citifinancial, Auto

      or by its successor Santander Consumer USA, Inc.

4.    On the night of December 27, 2010 the Debtor, Jeffrey P. Houlik, heard something in the

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Jeffrey P. Houlik and Charla L. Houlik
          Bankruptcy Case No. 09-12159-11
          Motion for Order to Show Cause Why Violation of Stay Should Not Be Entered, For Immediate Turnover and
          Imposing Fees, Costs and Sanctions
Page 2

driveway of his home and when he went out side he found two (2) individuals hooking the

vehicle to be towed from the residence.  Mr. Houlik was not allowed to reclaim his personal

property from the vehicle, was pushed by one of the men and was told they were taking the

vehicle.  When Mr. Houlik asked who they were they replied they worked for Santander.

5.       Attached hereto are copies of checks made payable to Citifinancial, Auto for the payment

of the vehicle loan.

6.       Counsel for the debtors have tried repeatedly to contact Santander Consumer USA, Inc. by

telephone, by email and by letter.  To date there has been no response.

7.       The vehicle is Mr. Houlik's work vehicle and held his hand tools for his construction

business, the key to his storage building where the rest of his tools are stored and was his

source of transportation to and form his work site.

8.       Without the vehicle and the tools Mr. Houlik has been unable to work and has therefore lost

income each day he is without the vehicle.  Additionally, Mr. Houlik's assistant has been

unable to work.  This loss of work has resulted in a $400.00 per day loss to Mr. Houlik and

a $400 a day loss to his assistant.

9.       The Debtors request the Court for an order directing Santander Consumer USA, Inc., or its

agents, to turnover the 2005 Dodge Ram 2500 pick up immediately to the debtors.

10.      The debtors further request the Court for an order imposing fees, costs and sanctions against

Santander Consumer USA, Inc., recognizing the debtors lost income, emotional strain and

legal costs caused by the actions of Santander Consumer USA, Inc. and/or its agents.

In the United States Bankruptcy Court for the District of Kansas
IN RE:   Jeffrey P. Houlik and Charla L. Houlik
        Bankruptcy Case No. 09-12159-11
        Motion for Order to Show Cause Why Violation of Stay Should Not Be Entered, For Immediate Turnover and
        Imposing Fees, Costs and Sanctions
Page 3

WHEREFORE the debtors pray the Court issue appropriate orders finding Santander Consumer USA, Inc. is in violation of the automatic stay and setting forth a fine or sanction, for debtors' lost income, attorney fees relative to this matter, and for the costs of this matter including the fee to reopen the Chapter 11 proceeding and the fees incurred by the debtors while in Chapter

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.


/s/Jeffrey W. Rockett
Jeffrey W. Rockett, #14123
Attorney for Debtors
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
jrockett@redmondnazar.com


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the motion was uploaded to the CM/ECF system on this 4th day of February, 2011, which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002 and other interested parties, and a copy was mailed by first-class mail, postage prepaid and properly addressed to the following:

The Corporation Company
112 SW 7th, Suite 3C
Topeka, KS 66603

Santander Consumer USA, Inc.
PO Box 961245
Ft. Worth, TX 76161

s/Jeffrey W. Rockett
Jeffrey W. Rockett, #14123