

**SO ORDERED.**

**SIGNED this 09 day of March, 2011.**



_____
ROBERT E. NUGENT
UNITED STATES CHIEF BANKRUPTCY JUDGE

---

Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202
316-262-8361

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

IN RE: )
)
JEFFREY P. HOULIK )      Case No. 09-12159
CHARLA L. HOULIK )      Chapter 11
)
_____ Debtor-in-Possession )

### ORDER TO SHOW CAUSE WHY VIOLATION OF STAY
### SHOULD NOT BE ENTERED, FOR IMMEDIATE TURNOVER OF 2005 DODGE RAM
### 2500 AND IMPOSING FEES, COSTS AND SANCTIONS

### ATTN: SANTANDER CONSUMER USA, INC.

NOW ON THIS ____ day of March, 2011 comes of for hearing the debtors' Motion for Order to Show Cause Why Violation of Stay Should Not be Entered, For Immediate Turnover of 2005 Dodge Ram 2500 and Imposing Fees, Costs and Sanctions against Santander Consumer USA, Inc. The debtors, Jeffrey and Charla Houlik, appear through one of their attorneys, Jeffrey W. Rockett of Redmond & Nazar, LLP. There are no other appearances.

WHEREFORE COURT FINDS, the objection deadline having passed on February 28, 2011 without an objection having been filed, the Court finds that the debtors have attempted communication with Santander Consumer USA, Inc. both before and subsequent to the motion to reopen the Chapter 11 proceeding. Said communication attempts include:

In the United States Bankruptcy Court for the District of Kansas
IN RE: Jeffrey P. Houlik and Charla L. Houlik
        Bankruptcy Case No. 09-12159-11
        Order to Show Cause Why Violation of Stay Should Not Be Entered,
        For Immediate Turnover of 2005 Dodge Ram 2500 and Imposing Fees,
        Costs and Sanctions
Page 2

1.  December 28, 2010 letter to Santander Consumer USA, Inc. sent by certified mail and electronic mail, copy attached hereto;

2.  January 7, 2011 letter to Santander Consumer USA, Inc. sent by certified mail and electronic mail, copy attached hereto;

3.  January 17, 2011 letter to Marilyn J. Washburn with Reizman Berger, P.C., counsel for Santander Consumer U.S.A., Inc. in pending matters before this court (see responsive e-mail), copy attached hereto;

The Court further finds that Santander Consumer USA, Inc. was served with the instant motion by serving its Kansas registered agent and by mailing service to Santander Consumer USA, Inc. at its out-of-state home office by first class mail,

The Court further finds Santander Consumer USA, Inc. to have violated the stay imposed by 11 U.S.C. §362 and therefore the Court orders the following relief:

1.  The immediate turnover to the debtors of their 2005 Dodge Ram 2500, VIN 3D7KS28C65G81390, seized from the debtors' residence on December 27, 2010 by agents of Santander Consumer USA, Inc.;

2.  If, due to the actions of Santander Consumer USA, Inc. or its agent, the vehicle is no longer capable of being returned then the debtors should receive the fair market value of the vehicle;

3.  Payment of the costs and expenses of this action by the defendants including attorney fee of $2,422.00 and attorney expenses of $1,006.00;

4.  Lost property located in the seized vehicle including:
    a.  Replacement cell phone and charger-----------------------------------$193.10;
    b.  Masterpro construction calculator-----------------------------------$79.95;
    c.  Bosch heavy hammer drill and chipping hammer----------------------$487.50;
    d.  Dewalt cordless drill------------------------------------------------$219.00;
    e.  Drill bits-----------------------------------------------------------$115.07;
    f.  Hand tools (crescent wrenches, channel locks, screw drivers)--------$60.00;
    g.  3-Way trailer hitch-------------------------------------------------$72.91.

In the United States Bankruptcy Court for the District of Kansas
IN RE: Jeffrey P. Houlik and Charla L. Houlik
        Bankruptcy Case No. 09-12159-11
        Order to Show Cause Why Violation of Stay Should Not Be Entered,
        For Immediate Turnover of 2005 Dodge Ram 2500 and Imposing Fees,
        Costs and Sanctions
Page 3

5.      Reimbursement for continuing expenses which debtor had to pay even though unable to continue in his standard business due to the violation of the stay by seizure of vehicle:

     a.      Automobile insurance through State Farm ($93.92 per month)--------$281.76;
     b.      Construction Storage Building (keys in vehicle)($152.50 per month)$457.50;
     c.      Construction trailer storage lot(keys in vehicle)($60.50 per month)$181.50;
     d.      General liability insurance ($850.00 per month)--------------------$2,550.00;
     e.      2011 contractor's license renewal-------------------------------------$200.00.

6.      Lost work of Jeffrey P. Houlik in the construction business due to loss of vehicle used daily for his business as well as other personal property necessary for his business described herein:

     a.      Daily charge for construction work of Jeffrey P. Houlik ($400 per day from 12/27/10, as of 03/04/11 - 45 days)---------------------------------$18,000.00;

     b.      Dailey charge for construction work by Butch Gaffney(contract labor)($160.00 per day from 12/27/10, as of 03/04/11 - 45 days)—$7,200.00;

7.      Sanctions for the violation of stay and the effects of the acts of Santander Consumer USA, Inc. and/or its agents in seizing the vehicle from the drive way of the debtors' residence, in the presence of the debtors shall be determined by the Court at a subsequent hearing.

IT IS THEREFORE SO ORDERED ADJUDGED AND DECREED that Santander Consumer USA, Inc. is in violation of the 11 U.S.C. §362 Stay, that the actions of Santander Consumer USA, Inc, damaged the debtors in the amount of $29,064.29, and continues to damage the debtor, that Santander Consumer USA, Inc. shall pay to the debtors the amount of $32,510.29 for damages, fees and costs of this action, with damages continuing at $560.00 per day till paid and sanctions to be determined at a subsequent hearing of the Court. In the event Santander Consumer USA, Inc. fails to comply with the terms of this Order, the debtors may file this Order in any jurisdiction and seek to enforce the terms of the Order through judicial remedy including garnishment and execution.

IT IS SO ORDERED.

# # #

Respectfully Submitted:

REDMOND & NAZAR, LLP


s/ Jeffrey W. Rockett
Jeffrey W. Rockett, #14123
245 N. Waco, Suite 402
Wichita, KS 67202
316.262.8361 / 316.263.0610 fax
jrockett@redmondnazar.com
*Attorney for Debtors*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the motion was uploaded to the CM/ECF system on this 7th day of March, 2011, which will send a notice of electronic filing to those requesting notice pursuant to Bankruptcy Rule 2002 and other interested parties, and a copy was mailed by certified mail, postage prepaid and properly addressed to the following:

The Corporation Company
112 SW 7th, Suite 3C
Topeka, KS 66603

Santander Consumer USA, Inc.
PO Box 961245
Ft. Worth, TX 76161

                                           s/ Jeffrey W. Rockett
                                           Jeffrey W. Rockett, #14123

**Jeffrey W. Rockett**

| | |
|---|---|
| **From:** | Amber Suter |
| **Sent:** | Tuesday, December 28, 2010 4:49 PM |
| **To:** | OOPOFFICE@santanderconsumerusa.com |
| **Cc:** | Jeffrey W. Rockett |
| **Subject:** | Houlik - repossession |
| **Attachments:** | Santander - Houlik 12.28.10.pdf |

Please find an attached memo from the representing counsel of Mr. & Mrs. Houlik.
(Jeffrey W. Rockett)

**Amber D. Suter**
*Legal Assistant to*
*Martin R. Ufford &*
*Jeffrey W. Rockett*
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202
P: 316.262.8361
F: 316.263.0610
asuter@redmondnazar.com

*This communication contains confidential information which is legally privileged. The information is intended only for the use of the recipient named. If you have received this e-mail in error, please immediately notify us by telephone at (316) 262-8361 or reply to this e-mail. You are hereby notified that any disclosure, copying, distributions or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. The information herein provided is not legal advice nor does it constitute the establishment of an attorney-client relationship.*

*Pursuant to federal regulations imposed on practitioners who render tax advice (Circular 230), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS.*

*This law firm is a debt relief agency. It helps people file for bankruptcy relief under the Bankruptcy Code.*

*This communication is from a debt collector. Any information obtained will be used for that purpose.*

3/7/2011

**Jeffrey W. Rockett**

| | |
|---|---|
| **From:** | Amber Suter |
| **Sent:** | Tuesday, January 04, 2011 2:20 PM |
| **To:** | OOPOFFICE@santanderconsumerusa.com |
| **Cc:** | Jeffrey W. Rockett |
| **Subject:** | FW: Houlik - repossession |
| **Attachments:** | Santander - Houlik 12.28.10.pdf; santander 01.04.11.pdf |

Second attempt in contacting you.
Please find attached the initial correspondence dated 12.28.10 along with correspondence dated 01.04.11 with attachments.

**Amber D. Suter**
*Legal Assistant to*
*Martin R. Ufford &*
*Jeffrey W. Rockett*
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202
P: 316.262.8361
F: 316.263.0610
asuter@redmondnazar.com

*This communication contains confidential information which is legally privileged. The information is intended only for the use of the recipient named. If you have received this e-mail in error, please immediately notify us by telephone at (316) 262-8361 or reply to this e-mail. You are hereby notified that any disclosure, copying, distributions or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. The information herein provided is not legal advice nor does it constitute the establishment of an attorney-client relationship.*

*Pursuant to federal regulations imposed on practitioners who render tax advice (Circular 230), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS.*

*This law firm is a debt relief agency. It helps people file for bankruptcy relief under the Bankruptcy Code.*

*This communication is from a debt collector. Any information obtained will be used for that purpose.*

**From:** Amber Suter
**Sent:** Tuesday, December 28, 2010 4:49 PM
**To:** OOPOFFICE@santanderconsumerusa.com
**Cc:** Jeffrey W. Rockett
**Subject:** Houlik - repossession

Please find an attached memo from the representing counsel of Mr. & Mrs. Houlik.
(Jeffrey W. Rockett)

**Amber D. Suter**
*Legal Assistant to*
*Martin R. Ufford &*
*Jeffrey W. Rockett*
Redmond & Nazar, L.L.P.
245 N. Waco, Suite 402
Wichita, KS 67202

3/7/2011

P: 316.262.8361
F: 316.263.0610
asuter@redmondnazar.com

This communication contains confidential information which is legally privileged. The information is intended only for the use of the recipient named. If you have received this e-mail in error, please immediately notify us by telephone at (316) 262-8361 or reply to this e-mail. You are hereby notified that any disclosure, copying, distributions or the taking of any action in reliance on the contents of this e-mail is strictly prohibited. The information herein provided is not legal advice nor does it constitute the establishment of an attorney-client relationship.

Pursuant to federal regulations imposed on practitioners who render tax advice (Circular 230), we are required to advise you that any tax advice contained herein is not intended or written to be used for the purpose of avoiding tax penalties that may be imposed by the IRS.

This law firm is a debt relief agency. It helps people file for bankruptcy relief under the Bankruptcy Code.

This communication is from a debt collector. Any information obtained will be used for that purpose.

3/7/2011

## Jeffrey W. Rockett

**From:** Gloria J. Gayhart [gjg@riezmanberger.com]
**Sent:** Wednesday, January 26, 2011 2:40 PM
**To:** Jeffrey W. Rockett
**Subject:** 09-12159 Houlik

Dear Mr. Rockett:

Please be advised that we have received your letter and documentation with regards to the above matter and we have forwarded that information to Santander. They have currently not retained us in this matter so please continue to deal with them directly.

Thank you for your time in this matter.



Gloria J. Gayhart
**Legal Assistant - Bankruptcy**
7700 Bonhomme Avenue 7th Floor
St. Louis (Clayton), Missouri 63105
p: 314-727-0101
f: 314-727-6458

gayhart@riezmanberger.com
www.riezmanberger.com

**INFORMATION DISCLAIMER:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**CONFIDENTIAL AND PRIVILEGED:** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to this message and then delete it from your computer. All e-mail sent to this address will be received by the Riezman Berger PC e-mail system and is subject to archiving and review by someone other than the recipient.

3/7/2011

# Redmond & Nazar, L.L.P.
## Attorneys at Law

EDWARD J. NAZAR
MARTIN R. UFFORD
W. THOMAS GILMAN
PATRICIA A. GILMAN

OWEN J. REDMOND, JR.
(1919 - 1981)

245 North Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361 Telephone
(316) 263-0610 Facsimile
SENDER'S EMAIL: jrockett@redmondnazar.com

NICHOLAS R. GRILLOT
JEFFREY W. ROCKETT

OF COUNSEL
JOSEPH H. CASSELL

December 28, 2010

Santander Consumer USA, Inc.                    VIA EMAIL
PO Box 961245
Ft. Worth, TX 76161
OOPOFFICE@santanderconsumerusa.com

Re:    Jeff & Charla Houlik
       Bankruptcy Case No: 09-12159-11

Dear Sir or Madam:

Please be advised that this law firm has been retained by Mr. and Mrs. Houlik in regard to their Chapter 11 Bankruptcy filing.

On the evening of December 27, 2010 at approximately 9:30pm, two individuals removed a 2005 Dodge Ram 2500 from the residence of Mr. and Mrs. Houlik in Wichita, Kansas. This vehicle was being paid through the confirmed Chapter 11 Plan of Reorganization as confirmed on December 29, 2009. Pursuant to this plan and the adequate protection order before it, the debtors were to pay $343.00 per month to CitiFinancial Auto Ltd. until paid in full.

At no time, during the bankruptcy proceeding or subsequent to the confirmation and the final decree, have the debtors or their attorney been advised by you, Santander, or by your predecessor in interest, CitiFinancial auto Ltd., that the payments were in arrears or of any delinquency. To execute a repossession without having first contacted the parties and advised them of the delinquency violates Kansas Law and may be in violation of federal Bankruptcy law.

I have tried several times to speak with someone in the legal and/or bankruptcy department of your company. I have left messages but to no avail. The one person I did speak with stated that he was not aware of any notice or letter in regard to a delinquency on the vehicle in question. Additionally, he advised that our clients must pay $1087.00 to have the vehicle returned.

At the time of the repossession action, your agents refused to speak with Mr. Houlik, refused to allow him to get his personal property out of the vehicle and pushed him from behind, thus committing a battery in this repossession action in violation of Kansas state law. A police report has been filed (10C091800).

This vehicle must be returned immediately. The vehicle is necessary for Mr. Houlik to conduct his business and each day he is without it he is suffering irreparable harm. Furthermore, in addition to the physical attack on Mr. Houlik, Mrs. Houlik was traumatized by the event.

Santander Consumer USA, Inc.
December 28, 2010
Page 2

Needless to say, we view this action very gravely and intend to pursue our legal remedies for the wonton action of your agents at your direction.

Return the vehicle in question to the location it was taken from and the remaining issues can be discussed. Otherwise, the necessary and appropriate actions will be filed to protect the Houliks and their confirmed bankruptcy.

Very truly yours,

REDMOND & NAZAR, L.L.P.

Jeffrey W. Rockett

JWR/ads

# Redmond & Nazar, L.L.P.
## Attorneys at Law

EDWARD J. NAZAR
MARTIN R. UFFORD
W. THOMAS GILMAN
PATRICIA A. GILMAN

O WEN J. REDMOND, JR.
(1919 - 1981)

245 North Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361 Telephone
(316) 263-0610 Facsimile
SENDER'S EMAIL: jrockett@redmondnazar.com

NICHOLAS R. GRILLOT
JEFFREY W. ROCKETT

OF COUNSEL
JOSEPH H. CASSELL

January 4, 2011

Santander Consumer USA, Inc.
PO Box 961245
Ft. Worth, TX 76161
OOPOFFICE@santanderconsumerusa.com

VIA EMAIL &
CERTIFIED MAIL

Re:    Jeff & Charla Houlik
       Bankruptcy Case No: 09-12159-11

**Certified Article Number**

7160 3901 9848 5919 7122

**SENDERS RECORD**

Dear Sir or Madam:

Please find, enclosed, copies of the Chapter 11 payment stubs and copies of the checks sent to your predecessor to this loan, CitiFinancial Auto, for the time frame of November 2009 through November 2010. I also enclose copies of two spreadsheet pages reflecting payments made in 2009 and 2010. You will note the first payment of 11/09/09 is in the amount of $1,371.00. This payment was to bring the loan current for the post filing time frame prior to the entry of the Order for Adequate protection payments. From December 2009 through November 2010 the Houlik's have paid $343.00 per month to CitFinancial Auto.

I would note that at no time were the Houlik's or our law firm advised of any delinquency by Citifinacial Auto, nor were we advised of a deficiency by Santander Consumer USA, Inc.

As I stated in my letter of December 28, 2010 we intend to pursue all legal remedies afforded to us and I am presently preparing a suit claiming wrongful repossession, damages from that act and violations of the Kansas Uniform Consumer Credit Code.

To date, I have had no return telephone call, no correspondence and no electronic contact from any one with your company. This failure to reply to valid questions and concerns is not an appropriate way to conduct business and will be reported to the Sedgwick County, Kansas District Attorney's Office and to the State Attorney General as a consumer complaint.

I anticipate your professional cooperation and your timely reply.

Case 09-12159   Doc# 129   Filed 03/09/11   Page 11 of 32

Santander Consumer USA, Inc.
January 4, 2011
Page 2

Very truly yours,

REDMOND & NAZAR, L.L.P.

Jeffrey W. Rockett

JWR/ads
Enclosure(s)

# Jeff & Charla Houlik
## Expenses by Vendor Detail
### January through December 2009

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| CitiFinancial | | | | | | | | |
| Check | 11/9/2009 | 6077 | July 9 - Nov ... | car payment | | Debtor in Pos... | 1,371.00 | 1,371.00 |
| Check | 12/31/2009 | 6139 | Dec 2009 | car payment | | Debtor in Pos... | 343.00 | 1,714.00 |
| Total CitiFinancial | | | | | | | 1,714.00 | 1,714.00 |
| TOTAL | | | | | | | 1,714.00 | 1,714.00 |

# Jeff & Charla Houlik
## Expenses by Vendor Detail
### January through December 2010

| Type | Date | Num | Memo | Account | Clr | Split | Amount | Balance |
|------|------|-----|------|---------|-----|-------|--------|---------|
| **CitiFinancial** | | | | | | | | |
| Check | 1/28/2010 | 6169 | Jan 2010 | car payment | | Debtor in Pos... | 343.00 | 343.00 |
| Check | 2/18/2010 | 6188 | Feb 2010 | car payment | | Debtor in Pos... | 343.00 | 686.00 |
| Check | 3/29/2010 | 6229 | March 2010 | car payment | | Debtor in Pos... | 343.00 | 1,029.00 |
| Check | 4/29/2010 | 6275 | April 2010 | car payment | | Debtor in Pos... | 343.00 | 1,372.00 |
| Check | 5/28/2010 | 6305 | may 2010 | car payment | | Debtor in Pos... | 343.00 | 1,715.00 |
| Check | 6/28/2010 | 6313 | june 2010 | car payment | | Debtor in Pos... | 343.00 | 2,058.00 |
| Check | 7/28/2010 | 6337 | july 2010 | car payment | | Debtor in Pos... | 343.00 | 2,401.00 |
| Check | 8/30/2010 | 6361 | august 2010 | car payment | | Debtor in Pos... | 343.00 | 2,744.00 |
| Check | 8/30/2010 | 6361 | VOID: august... | car payment | x | Debtor in Pos... | 0.00 | 2,744.00 |
| Check | 9/30/2010 | 6381 | september 2... | car payment | | Debtor in Pos... | 343.00 | 3,087.00 |
| Check | 10/30/2010 | 6395 | october 2010 | car payment | | Debtor in Pos... | 343.00 | 3,430.00 |
| Check | 11/30/2010 | 6411 | nov 2010 | car payment | | Debtor in Pos... | 343.00 | 3,773.00 |
| **Total CitiFinancial** | | | | | | | **3,773.00** | **3,773.00** |
| **TOTAL** | | | | | | | **3,773.00** | **3,773.00** |

Case 09-12159    Doc# 129    Filed 03/09/11    Page 14 of 32

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _Nov 1/09_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

**Re: Payment on Account #3063541101**
**Chapter 11 Bankruptcy, Case Number 09-12159**

To Whom It May Concern:

The enclosed check of $ _1372⁰⁰_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of _July 9 – Nov 9_ . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

_[signature]_

Charla Houlik

---

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206


Date: _Dec 29 2009_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

**Re: Payment on Account #3063541101**
**Chapter 11 Bankruptcy, Case Number 09-12159**

To Whom It May Concern:

The enclosed check of $ _343 00_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of _Dec 2009_. If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

Charla Houlik

---

JEFFREY PAUL HOULIK
CHARLA L. HOULIK
7015 E FOSTER
WICHITA, KS 67206

83-210/1011

6139

034819

DATE 12 26 09

PAY TO THE
ORDER OF _CitiFinancial_                    | $343 00

_Three hundred fortythree_ DOLLARS

CITIZENS
BANK OF
KANSAS, NA    www.cboks.com
Member FDIC

MEMO

⑆101102108⑆  034  819  6139



Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _January 28, 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

Re: Payment on Account #3063541101
Chapter 11 Bankruptcy, Case Number 09-12159

To Whom It May Concern:

The enclosed check of $ _343 60_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of _Jan 2010_ . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

Charla Houlik

---

JEFFREY PAUL HOULIK
CHARLA L. HOULIK
7015 E FOSTER
WICHITA, KS 67206

83-210/1011          6169
034819
DATE 01-28-2010

PAY TO THE
ORDER OF _CitiFinancial Auto_          $ 343 —

_Three Hundred fourty three N_         DOLLARS

CITIZENS
BANK OF
KANSAS. NA
Member FDIC
www.cboks.com

MEMO 3063 5411101

⑆101102108⑆   034   819⑈ 6169

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: March 29 2010

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

Re: Payment on Account #3063541101
Chapter 11 Bankruptcy, Case Number 09-12159

To Whom It May Concern:

The enclosed check of $ 343 represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of March 2010 . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

Charla Houlik

---

**JEFFREY PAUL HOULIK**
**CHARLA L. HOULIK**
7015 E FOSTER
WICHITA, KS 67206

83-210/1011
034819

6229

DATE 3-29-2010

PAY TO THE
ORDER OF    Citifinancial                    $ 343⁰⁰

Three hundred fourty       DOLLARS

CITIZENS
BANK OF    www.cboks.com
KANSAS, NA  Member FDIC

MEMO

⑆101102108⑆    034  819⑈  6229

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _April 30, 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

### Re: Payment on Account #3063541101
### Chapter 11 Bankruptcy, Case Number 09-12159

To Whom It May Concern:

The enclosed check of $ _343_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of _April 30 2010_ . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

_Charla Houlik_

Charla Houlik

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _May 27 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

Re: Payment on Account #3063541101
Chapter 11 Bankruptcy, Case Number 09-12159

To Whom It May Concern:

The enclosed check of $ _343 ⁰⁰_ represents payment on the above referenced account pursuant to the Adequate Protection Order in the above cited case. This payment covers the period of _May 2010_. If you have any questions regarding the application of this payment, please contact our attorney at (316) 262-8361.

Sincerely,

---

Jeffrey Paul Houlik
Charla L. Houlik
7015 E. Foster
Wichita, KS 67206

Citizens Bank of Kansas
Wichita, KS 67208

83-210/1011
034819

6305

May 27 2010

$343 ⁰⁰

_____ Dollars

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈6305⑈  ⑇101102108⑇  034  819⑈

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _July 20, 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

**Re: Payment on Account #3063541101**
**Chapter 11 Bankruptcy, Case Number 09-12159**

To Whom It May Concern:

The enclosed check of $ _343⁰⁰_ represents payment on the above referenced account pursuant to the Adequate Protection Order in the above cited case. This payment covers the period of _July 2010_. If you have any questions regarding the application of this payment, please contact our attorney at (316) 262-8361.

Sincerely,

_Charla_

Charla Houlik

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _8-30-2010_

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66612-2005

**Re: Payment on Account, SSN 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 (Jeff) and 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 (Charla)
Chapter 11 Bankruptcy, Case Number 09-12159**

To Whom It May Concern:

The enclosed check of $ _430ᵒᵒ_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of _August 2010_ . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,


**Charla Houlik**

JEFFREY PAUL HOULIK
CHARLA L. HOULIK
7015 E FOSTER ST
WICHITA, KS 67208

6359

83-210/1011
06

08-30-2010
Date

Pay to the Order of _Kansas Dept. of Revenue_ | $ _430ᵒᵒ_

_Four hundred-Thirty no_ Dollars

CITIZENS BANK OF KANSAS
www.cbcks.com

For _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_ _Charla Houlik_

⑈101102108⑈ 000348819⑈ 6359

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _September 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

Re: Payment on Account #3063541101
Chapter 11 Bankruptcy, Case Number 09-12159

To Whom It May Concern:

The enclosed check of $ _343_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case.  This payment

covers the period of _Sept. 2010_ .  If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

_Charla_

Charla Houlik

JEFFREY PAUL HOULIK
CHARLA L. HOULIK
7015 E FOSTER ST
WICHITA, KS 67206

6381
83-210/1011
06

Pay to the
Order of _Citifinancial Auto_                  $ _343_

_three hundred fourty three_                    Dollars

CITIZENS
BANK OF
KANSAS        www.cboks.com

For _3063541101_              _Charla Houlik_

⑆101102108⑆ 000348191⑈ 6381

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _October 30 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

**Re: Payment on Account #3063541101**
**Chapter 11 Bankruptcy, Case Number 09-12159**

To Whom It May Concern:

The enclosed check of $ _343 ⁰⁰_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case. This payment

covers the period of _October 2010_ . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

_[signature]_

Charla Houlik

---

JEFFREY PAUL HOULIK
CHARLA L. HOULIK
7015 E FOSTER ST
WICHITA, KS 67206

6395
83-210/1011
06

_Oct 30 2010_
Date

Pay to the Order of _Citi Financial_ | $ _343 ⁰⁰_

_three hundred forty three no/_ Dollars 🔒 Security Features Details on Back.

CITIZENS
BANK OF www.cboks.com
KANSAS, NA

For _3063541101_ _Charla Houlik_ MP

Jeff and Charla Houlik
7015 E. Foster
Wichita, KS 67206

Date: _November 30 2010_

CitiFinancial Auto
PO Box 9575
Coppell, TX 75019-9575

Re: Payment on Account #3063541101
Chapter 11 Bankruptcy, Case Number 09-12159

To Whom It May Concern:

The enclosed check of $ _343⁰⁰_ represents payment on the above referenced

account pursuant to the Adequate Protection Order in the above cited case.  This payment

covers the period of _November 2010_ . If you have any

questions regarding the application of this payment, please contact our attorney at (316)

262-8361.

Sincerely,

_Charla Houlik_

Charla Houlik

JEFFREY PAUL HOULIK
CHARLA L. HOULIK
7015 E FOSTER ST
WICHITA, KS 67206

6411
83-210/1011
06

Date: _Dec 30 2010_

Pay to the
Order of _Citifinancial Auto_          $ 343 ⁰²

_Three Hundred fourty three NO_          Dollars

CITIZENS
BANK OF
KANSAS, NA    www.cboks.com

For _CU 3063541101_          _Charla Houlik_

⑆101102108⑆ 000348 19⑆ 6411

# Redmond & Nazar, L.L.P.
## Attorneys at Law

EDWARD J. NAZAR
MARTIN R. UFFORD
W. THOMAS GILMAN
PATRICIA A. GILMAN

OWEN J. REDMOND, JR.
(1919 - 1981)

245 North Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361 Telephone
(316) 263-0610 Facsimile
SENDER'S EMAIL: jrockett@redmondnazar.com

NICHOLAS R. GRILLOT
JEFFREY W. ROCKETT

OF COUNSEL
JOSEPH H. CASSELL

December 28, 2010

Santander Consumer USA, Inc.
PO Box 961245
Ft. Worth, TX 76161
OOPOFFICE@santanderconsumerusa.com

VIA EMAIL

Re:     Jeff & Charla Houlik
        Bankruptcy Case No: 09-12159-11

Dear Sir or Madam:

Please be advised that this law firm has been retained by Mr. and Mrs. Houlik in regard to their Chapter 11 Bankruptcy filing.

On the evening of December 27, 2010 at approximately 9:30pm, two individuals removed a 2005 Dodge Ram 2500 from the residence of Mr. and Mrs. Houlik in Wichita, Kansas. This vehicle was being paid through the confirmed Chapter 11 Plan of Reorganization as confirmed on December 29, 2009. Pursuant to this plan and the adequate protection order before it, the debtors were to pay $343.00 per month to CitiFinancial Auto Ltd. until paid in full.

At no time, during the bankruptcy proceeding or subsequent to the confirmation and the final decree, have the debtors or their attorney been advised by you, Santander, or by your predecessor in interest, CitiFinancial auto Ltd., that the payments were in arrears or of any delinquency. To execute a repossession without having first contacted the parties and advised them of the delinquency violates Kansas Law and may be in violation of federal Bankruptcy law.

I have tried several times to speak with someone in the legal and/or bankruptcy department of your company. I have left messages but to no avail. The one person I did speak with stated that he was not aware of any notice or letter in regard to a delinquency on the vehicle in question. Additionally, he advised that our clients must pay $1087.00 to have the vehicle returned.

At the time of the repossession action, your agents refused to speak with Mr. Houlik, refused to allow him to get his personal property out of the vehicle and pushed him from behind, thus committing a battery in this repossession action in violation of Kansas state law. A police report has been filed (10C091800).

This vehicle must be returned immediately. The vehicle is necessary for Mr. Houlik to conduct his business and each day he is without it he is suffering irreparable harm. Furthermore, in addition to the physical attack on Mr. Houlik, Mrs. Houlik was traumatized by the event.

Santander Consumer USA, Inc.
December 28, 2010
Page 2

Needless to say, we view this action very gravely and intend to pursue our legal remedies for the wonton action of your agents at your direction.

Return the vehicle in question to the location it was taken from and the remaining issues can be discussed. Otherwise, the necessary and appropriate actions will be filed to protect the Houliks and their confirmed bankruptcy.

Very truly yours,

REDMOND & NAZAR, L.L.P.

Jeffrey W. Rockett

JWR/ads

**2. Article Number**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
7160 3901 9848 5919 7122

**3. Service Type**   CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*   ☐ Yes

**1. Article Addressed to:**

Santander Consumer USA, Inc.
PO Box 961245
Ft. Worth, TX 76161

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Deliver   JAN 0

C. Signature

X *Gini Moore*   ☐ Agent ☐ Addr

D. Is delivery address different from item
If YES, enter delivery address below:   ☐ No

Gini M...

Reference Information

Houlik

Jeffrey W. Rockett

---

PS Form 3811, January 2005          Domestic Return Receipt

# REDMOND & NAZAR, L.L.P.
## Attorneys at Law

EDWARD J. NAZAR
MARTIN R. UFFORD
W. THOMAS GILMAN
PATRICIA A. GILMAN

---

OWEN J. REDMOND, JR.
(1919 - 1981)

245 North Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361 Telephone
(316) 263-0610 Facsimile

SENDER'S EMAIL: jrockett@redmondnazar.com

NICHOLAS R. GRILLOT
JEFFREY W. ROCKETT

---

OF COUNSEL
JOSEPH H. CASSELL

January 7, 2010

Santander Consumer USA, Inc.
ATTN: Brady
PO Box 961245
Ft. Worth, TX 76161

Re:    Jeff & Charla Houlik
       Bankruptcy Case No: 09-12159-11

Dear Brady:

The telephone message you left for my assistant, Amber Suter, was forwarded to me and I, in turn, discussed it with our clients. At this point, due to the time it has taken you to respond, the fees and expenses incurred in reopening the bankruptcy, the loss of income suffered by Mr. Houlik and the fact that you now claim the two months of deficiencies includes December 2010, when the pick up was repossessed in December 2010 leads us to the conclusion that it would be best to continue with our Motion for Stay Violation and request for immediate turnover, fees, expenses and costs before the Honorable Robert Nugent, Chief Judge of the United States Bankruptcy Court for the District of Kansas.

Once we have the Order reopening the case, that motion will be filed and set for hearing at which time the evidence will be set forth and the Court can determine what will be paid and by whom. The fee on the Motion to Reopen was $1000.00 and the time and effort in trying to get a response from Santander has caused the Houlik's to incur legal fees well in excess of that.

Mr. Houlik states that the check for the August payment to Citifinacial, Auto has cleared the bank and, therefore, that payment has been made and the Houlik's were not in default at the time of the taking of the vehicle. Finally, I must point out that at no time were the Houliks contacted either by letter or telephone to inquire of a missed payment or to make demand. The first time anything was known to the Houliks was when your agents advised they were taking the Dodge and that they (the Houliks) were $700+ in arrears.

Clearly, we want this situation corrected, however, the terms you stated in your telephone message do not satisfy the Houliks given all that has transpired.

Santander Consumer USA, Inc.
January 7, 2011
Page 2

Very truly yours,

REDMOND & NAZAR, L.L.P.

Jeffrey W. Rockett

JWR/ads
cc: J & C Houlik

# Redmond & Nazar, L.L.P.
## Attorneys at Law

EDWARD J. NAZAR
MARTIN R. UFFORD
W. THOMAS GILMAN
PATRICIA A. GILMAN

OWEN J. REDMOND, JR.
(1919 - 1981)

245 North Waco, Suite 402
Wichita, Kansas 67202
(316) 262-8361 Telephone
(316) 263-0610 Facsimile
SENDER'S EMAIL: jrockett@redmondnazar.com

NICHOLAS R. GRILLOT
JEFFREY W. ROCKETT

OF COUNSEL
JOSEPH H. CASSELL

January 17, 2011

Marilyn J. Washburn
Reizman, Berger, PC
7700 Bonhomme Ave., 7th Floor
St. Louis, MO 63105

Re:    Santander Consumer USA, Inc.
       Jeffrey P. Houlik & Charla L. Houlik
       Bankruptcy Case No: 09-12159-11

Dear Ms. Washburn:

I was given your name by local counsel in Wichita, Creath Pollak of Minter & Pollak. Our firm represents Mr. and Mrs. Houlik in their Chapter 11 proceeding in Wichita, Kansas. On December 27, 2010, agents of Santander Consumer USA, Inc., repossessed a 2005 Dodge Ram 2500 from the residence of Mr. and Mrs. Houlik advising them that they were over $700 in arrears on payments. This was the first Mr. or Mrs. Houlik had ever heard of Santander Consumer USA, Inc. as they had not been advised of a change in lender nor had they been provided a letter advising of a default or right to cure.

Since that date, I have sent several letters to Santander Consumer USA, Inc. without satisfaction. An individual from Santander did call and leave a voice mail on my assistant's telephone advising that the Houliks were delinquent two (2) payments, August 2010 and December 2010. This telephone call was received on January 6, 2011. The individual advised that they would be holding the vehicle, would waive the repossession fee and would need the two payments made.

You will find, enclosed, copies of the bank statements which note that the Houliks have not missed a payment since the adequate protection had been established and have made their monthly payments since the confirmation of their Chapter 11 Plan. Review of the bank statements will note the date of issuance of the August 2010 payment and the date the bank honored the payment.

This action by Santander has damaged our clients greatly. Mr. Houlik is a contractor and the pick up was his transportation and contained a great many of his tools and the keys to his storage facility where he keeps his other tools and equipment. Needless to say, the taking of this vehicle has caused a loss of income for Mr. Houlik and for his employee, as they are extremely limited in what work can be done and even their ability to get to the job site. We estimate that at a minimum, Mr. Houlik has lost $400.00 per day.

Additionally, the actions of Santander have caused the reopening of the Bankruptcy action, with a filing fee of $1000.00, as well as the incursion of legal fees for correspondence to Santander, the drafting of the Motion and Notice to reopen the Chapter 11 and the preparation of the Motion to find Santander in violation of the stay and asking for sanctions, fees, damages and the immediate turnover of the vehicle that was improperly taken from the residence.

I would appreciate your assistance in resolving this matter, getting the vehicle returned to the Houliks and taking care of the costs, fees and damages suffered by our clients. Please contact me at your earliest convenience.

Very truly yours,

REDMOND & NAZAR, L.L.P.

Jeffrey W. Rockett

JWR/ads
Enclosure(s)

cc: Jeffrey & Charla Houlik